1  Angelina Valle (100410)
   Attorney at Law
2  1671 The Alameda, Suite 311
   San Jose, CA 95126
3  (408) 881-0200
   (408) 881-0208 (fax)
4  angelina.valle@valle-law.com

5  Attorney for Plaintiff

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  FRANK ROSALES,                          )   CIVIL No. 3:19-cv-05573-SK
                                            )
13             Plaintiff,                   )
                                            )   STIPULATION AND ORDER
14       vs.                                )   APPROVING SETTLEMENT OF
                                            )   ATTORNEY FEES PURSUANT
15  ANDREW M. SAUL, COMMISSIONER            )   TO THE EQUAL ACCESS TO
    OF SOCIAL SECURITY,                     )   JUSTICE ACT, 28 U.S.C. §
16                                          )   2412(d)
               Defendant.                   )
17  _____)

18

19      IT IS HEREBY STIPULATED by and between the parties, through their undersigned

20  counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees in the amount of

21  SIX THOUSAND SIX HUNDRED DOLLARS ($6,600) under the Equal Access to Justice Act

22  (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services

23  rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

24  28 U.S.C. § 2412(d).

25      After the Court issues an order for EAJA fees to Plaintiff, the government will consider

26  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v.

27  Ratliff, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

28  fees are subject to any offset allowed under the United States Department of the Treasury's

No. 3:19-cv-05573-SK

1  Offset Program. After the order for EAJA fees is entered, the government will determine whether

2  they are subject to any offset.

3         Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

4  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to

5  be made directly to Plaintiff's attorney Angeline Valle pursuant to the assignment executed by

6  Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

7         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

8  attorney fees and expenses, and does not constitute an admission of liability on the part of

9  Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a

10  complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel,

11  including Plaintiff's counsel's firm, may have relating to EAJA attorney fees and expenses in

12  connection with this action.

13         This award is without prejudice to the rights of Plaintiff's counsel and/or Plaintiff's

14  counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

15  savings clause provisions of the EAJA.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

No. 3:19-cv-05573-SK

1   Date: March 22, 2021                    Respectfully submitted,

2
                                            /s Angelina Valle
3                                           Angelina Valle
                                            Attorney at Law
4                                           1671 The Alameda, Suite 311
                                            San Jose, CA 95126
5                                           (408) 881-0200
                                            angelina.valle@valle-law.com
6                                           Attorney for Plaintiff

7                                           PAUL ANTHONY MARTIN
                                            Acting United States Attorney
8                                           DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
9                                           Social Security Administration

10  Date: March 24, 2021                    /s/ Marla Kendall Letellier
                                            Marla Kendall Letellier
11                                          Office of the Regional Chief Counsel,
                                            Region IX
12                                          Social Security Administration
                                            160 Spear Street, Suite 800
13                                          San Francisco, CA 94105
                                            (415) 415-977-8928
14
                                            Attorneys for Defendant
15
                                            (as authorized by email dated March 23, 2021)
16                                  **ORDER**

17  PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded

18  attorney fees in the amount of SIX THOUSAND SIX HUNDRED DOLLARS ($6,600) as

19  authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

20  The parties are admonished that they are required to email proposed orders in Microsoft Word

21  format with all motions or stipulations requesting Court action to skpa@cand.uscourts.gov.

22  Dated:  March 26, 2021
                                            _____
23                                          THE HONORABLE SALLIE KIM
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

No. 3:19-cv-05573-SK